Christopher-Jamaal Rosser

C/o 1139 Cane Creek Way

Summerville, South Carolina Republic, near 29485

NON-DOMESTIC

IN THE SUPERIOR COURT OF THE STATE OF GEORGIA

NORTHERN JUDICIAL CIRCUIT COURT OF CHEROKEE COUNTY

CHRISTOPHER JAMAAL ROSSER LIVING TRUST,

Plaintiff,

vs.

CHEROKEE COUNTY DISTRICT ATTORNEY'S OFFICE,

Defendant.

1:24-CV-2748

Case No.: 06CR0620

NOTICE OF TORT

This letter serves as a formal notice of tort claim against the Cherokee County District Attorney's Office. This claim arises out of allegations of fraud under 18 U.S.C. §§ 241 and 242, violations of the Sherman Antitrust Act (15 U.S.C. §§ 1, 2), 18 U.S.C. § 372, and violations of the Supremacy Clause (Article VI, Clause 2 and 3).

Pursuant to O.C.G.A. § 51-12-4 (2020), Christopher Jamaal Rosser demands the dismissal of the case and compensatory damages caused by Gary T. Moss who was in the Cherokee County District Attorney's Office at the time of the incident. These actions are in violation of the Legal Notice and Demand of The Christopher Jamaal Rosser Living Trust that is on record and was placed on record in your establishment. See Trezevant v. City of Tampa, 741 F.2d 336 (11th Cir. 1984). Per Trezevant, Plaintiff seeks a

compensatory amount for damage at $25,000.00 per 23 minutes, $1,086.00 per hour, and 1,800,000.00 per day.

I request that a satisfactory resolution be achieved to avoid the need for further legal action. If this matter is not resolved to my satisfaction within 15 days, I intend to pursue formal legal action without further notice.

### Evidence Supporting the Claim:

1. Thompson v. Smith, 154 S.E. 579, 11 American Jurisprudence

2. Thompson v. Smith, Supra.; Teche Lines v. Danforth, Miss., 12 S.2d 784

3. White v. Davis, 97 Cal. App. 3d 141, 158 Cal. Rptr. 562, 566-67

4. Miller v. United States

5. Jones v. Counce, 7 F.3d 1359 (8th Cir. 1993)

6. Benitez v. Wolff, 985 F.2d 662 (2nd Cir. 1993)

7. Marbury v. Madison, 5 U.S. 137 (1803)

8. Shuttlesworth v. City of Birmingham, 373 U.S. 262 (1963)

9. Murdock v. Pennsylvania, 319 U.S. 105 (1943)

10. Holmes v. Drucker, 201 Ga. App. 687, 411 S.E.2d 728 (1991)

11. Ernst & Ernst v. Hochfelder, 425 U.S. 185 (1976)

12. Williams v. Dresser Indus., Inc., 120 Ga. App. 547 (1969)

13. Hadley v. Baxendale, 9 Exch. 341, 156 Eng. Rep. 145 (1854)

Sincerely,

Christopher-Jamaal: Rosser

Authorized Representative

All Rights Reserved.

Christopher J. Rosser
1139 Cane Creek Way
Summerville, SC
29485



CERTIFIED MAIL
9589 0710 5270 1890 5430 18

Retail
U.S. POSTAGE PAID
FCM LG ENV
SUMMERVILLE, SC 29485
JUN 14, 2024


30303
$6.27
RDC 99
S2324E501055-08

JUN 21 2024
U.S. Marshals Service
Atlanta, GA

United States District Court
Richard B. Russell
Fed. Bldg & US Courthouse
2/1 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA
30303-3309