IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 08 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Christopher Jamaal Rosser,

Plaintiff,

vs.

Civil Action File No: 1:24-cv-02748-LMM

Gary T. Moss,

Defendant.

MOTION TO EXTEND TIME FOR ISSUANCE OF SUMMONS

COMES NOW, Plaintiff Christopher Jamaal Rosser in the above-styled case, and respectfully moves this Honorable Court to extend the time for issuance of the summons. In support of this motion, Plaintiff states as follows:

1. On July 10, 2024, Plaintiff filed a civil action against Defendant Gary T. Moss in this Court.

2. On July 19, 2024, Plaintiff sent the summons via certified mail to the Clerk's office at 75 Ted Turner Dr. SW, Atlanta, GA 30303. A copy of the certified mail receipt and proof of delivery is attached as Exhibit A.



3. The certified mail was delivered to an individual at the Clerk's office on July 22, 2024, at 3:16 pm, as confirmed by the USPS tracking update (Tracking No. 9589071052701958043757). A screenshot of the tracking confirmation is attached as Exhibit B.



4. Despite timely sending the summons, the Clerk's office has stated they never received the documents, and the summons was not docketed as required.

5. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff is entitled to an extension of time if good cause exists for failure to serve the summons within the required timeframe. The failure to docket the summons is not due to any delay or fault on the part of Plaintiff but rather an administrative error.

6. Plaintiff requests an extension of 30 days to allow for the re-issuance of the summons and proper docketing of the case.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant an extension of time for issuance of the summons and such other relief as the Court deems just and proper.

Respectfully submitted,

Christopher Jamaal Rosser

1139 Cane Creek Way, Summerville, SC 29485

Email: Cjrmuslim211@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this day I have mailed a copy of this motion to the following parties via United States Postal Service:

Honorable Leigh Martin May, United States District Judge, United States District Court, Northern District of Georgia, 75 Ted Turner Dr. SW, Atlanta, GA 30303

Dated: 10/28/2024

Christopher J. Rosson
1139 Cane Creek Way
Summerville, SC
29485





CLEARED SECURITY
NOV 0 8 2024
U.S. MARSHALS SERVICE
Atlanta, Georgia

United States District Court
Northern District of Georgia
75 Ted Turner Dr.
SW
Atlanta, GA
30303

CLEARED SECURITY
NOV 0 8 2024
U.S. MARSHALS SERVICE
Atlanta, Georgia